**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** _____

**County** Suffolk, Middlesex, Essex, Worcester, Hampden

**Related Case Information:**
- Superseding Ind./Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 24-6974-MPK
- Search Warrant Case Number: 24-6952 - 6960-MPK (and others, all MPK)
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Sara Loveren    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 448 Lincoln ST #Apt.7, Manchester, NH

Birth date (Yr only): 1986   SSN (last 4#): 2988   Sex: F   Race: White   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Charles Dell'Anno    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Manchester, NH    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/19/2024    Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Sara Loveren

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**